## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Marlene E | Case Number:  08 B 12128 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 19, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,394.00 | |
| Secured: | | 1,135.77 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 80.26 |
| Other Funds: | | 1,177.97 |
| Totals: | 2,394.00 | 2,394.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | Mitsubishi Motors Credit Of America | Secured | 11,000.00 | 1,135.77 |
| 4. | Countrywide Home Loans Inc. | Secured | 20,000.00 | 0.00 |
| 5. | Providian Bank | Unsecured | 5,424.51 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 609.70 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,017.35 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,805.51 | 0.00 |
| 9. | Aspire | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Bay Furniture | Unsecured | | No Claim Filed |
| 13. | Lane Bryant | Unsecured | | No Claim Filed |
| | | | $ 39,857.07 | $ 1,135.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 0.00 |
| 6.6% | 80.26 |
| | $ 80.26 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams, Marlene E

Printed: 11/25/08

Case Number:  08 B 12128

Judge:  Goldgar, A. Benjamin

Filed:  5/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

